[26 NYS3d 851]

In the Matter of MARTHA J. BROSIUS (Admitted as MARTHA JANE BROSIUS), an Attorney, Respondent. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, March 22, 2016

## APPEARANCES OF COUNSEL

*Jorge Dopico, Chief Counsel, Departmental Disciplinary Committee*, New York City (*Kevin M. Doyle* of counsel), for petitioner.
*Martha J. Brosius*, respondent pro se.

## OPINION OF THE COURT

Per Curiam.

Respondent Martha J. Brosius was admitted to the practice of law in the State of New York by the Second Judicial Department on January 22, 2003, under the name Martha Jane Brosius. At all times relevant to this proceeding, respondent maintained her principal place of business within the First Judicial Department.

The Departmental Disciplinary Committee seeks an order striking respondent's name from the roll of attorneys, pursuant to Judiciary Law § 90 (4) (b), on the ground that she has been disbarred upon her conviction of a felony.

Respondent has not appeared in this proceeding after having been served by the Committee at the correctional facility where she is incarcerated.

On June 22, 2015, respondent pleaded guilty in Supreme Court, Nassau County, to two counts of grand larceny in the second degree in violation of Penal Law § 155.40 (1), class C felonies, and one count of scheme to defraud in the first degree in violation of Penal Law § 190.65 (1) (b), a class E felony. Respondent admitted to stealing more than $797,000 in funds belonging to clients over a four-year period, many of which involved estate and guardianship matters. Respondent agreed to sign a confession of judgment for restitution in the amount of $797,332.67. On December 8, 2015, respondent was sentenced to 4 to 12 years in prison.

The crimes to which respondent pleaded guilty are felonies under the laws of this State, and therefore upon her conviction thereof, she ceased to be an attorney by operation of law.

Accordingly, the Committee's petition should be granted, and respondent's name stricken from the roll of attorneys and counselors-at-law in the State of New York, nunc pro tunc to June 22, 2015.

MAZZARELLI, J.P., ACOSTA, ANDRIAS, MOSKOWITZ and KAPNICK, JJ., concur.

Respondent disbarred, and her name stricken from the roll of attorneys and counselors-at-law in the State of New York, nunc pro tunc to June 22, 2015.